# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**DREW K. SCHMIDT**
**AVIATION STRUCTURAL MECHANIC AIRMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201500016**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 21 October 2014.
**Military Judge:** CAPT Bethany Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, Helicopter Sea Combat Squadron SIX, NAS North Island, San Diego, CA.
**For Appellant:** CAPT James Talbert, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**9 April 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the finding to Specification 3 of Additional Charge II is "Withdrawn and dismissed without prejudice."

For the Court

R.H. TROIDL
Clerk of Court